In the Matter of the Application of EDMOND WEIL, INC., to Confirm the Award Made in the Arbitration Proceedings between EDMOND WEIL, INC., and ALFRED POPPER, under Agreements Dated November 14th, 1929, and February 11th, 1930. EDMOND WEIL, INC.  ALFRED POPPER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FRANK GULDEN, as Trustee, etc., of CHARLES GULDEN, JR., Deceased, v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOHN B. McPHERSON, IV, v. ALEXANDER KLEMIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MELVIN HERMAN v. ALBERT K. GUTMAN and Others. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on Complaint of Inspector PETER JOHNSON v. RUBELS ICE COMPANY.— Motion for reargument denied.  Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HARRIET ROSHAY, an Infant, etc., by MARTIN ROSHAY, Her Guardian ad Litem, and MARTIN ROSHAY v. FILOMENA IORIO.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Motion for a stay granted pending the granting or final refusal of leave to appeal by the Court of Appeals.  Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. MAX AARON and Others and HENRY GUTTAG and Others and CLEMENT F. LAWSON and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.  Motion for a stay granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act.  Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

DRY DOCK SAVINGS INSTITUTION v. HARRIMAN REALTY CORPORATION and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.  Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

GASPER OCCHIUTO and Another v. TITLE GUARANTEE AND TRUST COMPANY. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.  Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

NEW YORK INDEMNITY COMPANY v. UNITED STATES STEEL PRODUCTS COMPANY. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

WILLIAM J. LOHN v. AUTOMATIC MOTOR CONTROL CORPORATION and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs.  Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

AMERICAN DRY ICE CORPORATION v. DELANCEY CHEMICAL CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.